| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DLOTT, SUSAN J. | 2. Court or Organization US SOUTHERN DISTRICT OF OHIO | 3. Date of Report 10/02/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US CHIEF DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 1/1/2016 to 12/31/2016 |

| 7. Chambers or Office Address U.S. COURTHOUSE, ROOM 227 100 EAST FIFTH STREET CINCINNATI, OHIO 45202 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL MANAGER | MILFORD ONE LLC |
| 2. | SOLE MEMBER | CORY KUMLER LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 10/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% - RP#2 | D | Interest | M | T | | | | | |
| 2. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% - RP#2 | D | Interest | N | T | | | | | |
| 3. ORACLE CORPORATION - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 4. CASH held in custodian at RiverPoint Capital Mgmt (Account #2) | A | Interest | N | T | | | | | |
| 5. CASH held in custodian at RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 6. Womens capital club partnership (2.4390% ownership) | D | Dividend | K | W | | | | | |
| 7. TORTOISE MLP & PIPELINE - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 8. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | M | T | | | | | |
| 9. VERSUM MATERIALS (FORMERLY AIR PRODUCTS AND CHEMICALS) - RP#2 | B | Dividend | L | T | Sold (part) | 12/13/16 | J | C | |
| 10. CHEVRON CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 11. MICROSOFT CORP - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 12. PEPSICO INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 13. CONOCOPHILLIPS - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 14. PROCTER & GAMBLE CO - RiverPoint Capital Mgmt (Account #2) | D | Dividend | M | T | | | | | |
| 15. EXXON MOBIL CORPORATION - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 16. JOHNSON & JOHNSON - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BECTON, DICKSON AND COMPANY - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 18. OWENS & MINOR INC HOLDING COMPANY - RiverPoint Capital Mgmt (Acct #2) | A | Dividend | | | Sold | 09/08/16 | L | D | |
| 19. MERCK & CO INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 20. MARSH & MCLENNAN COMPANIES, INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 21. PICKERINGTON OHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 - RP#2 | C | Interest | | | Matured | 12/01/16 | L | | |
| 22. APPLE INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 09/08/16 | J | B | |
| 23. 3M COMPANY SHARES - RiverPoint Capital Mgmt (Account #1) | C | Dividend | M | T | | | | | |
| 24. CINCINNATI FINANCIAL CORP SHARES - RiverPoint Capital Mgmt (Acct #2) | B | Dividend | L | T | | | | | |
| 25. EMERSON ELECTRIC COMPANY- RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 26. RENAISSANCERE HOLDINGS - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 06/28/16 | L | D | |
| 27. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 - RP#2 | D | Interest | M | T | | | | | |
| 28. LINEAR TECHNOLOGY CORP - RiverPoint Capital Mgmt (Account #2) | A | Dividend | | | Sold | 08/01/16 | K | E | |
| 29. ROYAL DUTCH SHELL PLC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | K | T | | | | | |
| 30. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - WCC Schwab acct | | None | K | T | Sold (part) | 11/21/16 | K | D | |
| 31. NESTLE A SPONSORED ADR - RiverPoint Capital Mgmt (Account #2) | B | Dividend | K | T | | | | | |
| 32. SCHLUMBERGER LTD - RiverPoint Capital Mgmt (Account #2) | B | Dividend | | | Sold | 07/27/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. VANGUARD 500 INDEX FD ADMIRAL - WCC Schwab acct | B | Dividend | | | Sold (part) | 03/18/16 | K | B | |
| 34. VANGUARD 500 INDEX FD ADMIRAL - WCC Schwab acct | | None | | | Sold (part) | 04/21/16 | L | C | |
| 35. VANGUARD 500 INDEX FD ADMIRAL - WCC Schwab acct | | None | | | Sold (part) | 06/16/16 | K | B | |
| 36. VANGUARD 500 INDEX FD ADMIRAL - WCC Schwab acct | | None | | | Sold | 11/21/16 | L | D | |
| 37. POLO RALPH LAUREN CORP - WCC Schwab acct | A | Dividend | | | Sold | 06/14/16 | K | | |
| 38. TATA MOTORS LTD - SPNS ADR - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | K | D | |
| 39. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE - RP#2 | D | Interest | M | T | | | | | |
| 40. MASON OHIO GEN 4% DUE 12/021/20 - RP#2 | D | Interest | M | T | | | | | |
| 41. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 - RP#2 | D | Interest | M | T | | | | | |
| 42. BORG WARNER INC - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 43. BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% - RP#2 | D | Interest | M | T | | | | | |
| 44. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% - RP#2 | D | Interest | M | T | | | | | |
| 45. KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% - RP#2 | D | Interest | M | T | | | | | |
| 46. TJX Companies INC - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 47. WALT DISNEY HOLDING CO - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 48. WALGREEN COMPANY - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 50. UNIVERSITY OF TOLEDO OHIO REV 5.00% due 6/1/26 - RP#2 | D | Interest | M | T | | | | | |
| 51. Sector Spdr Technology Select - RiverPoint Capital Mgmt (Acct #2) | C | Dividend | M | T | | | | | |
| 52. Wisdomtree Europe Hedged Eqty - RiverPoint Capital Mgmt (Acct #2) | | None | | | Sold | 03/17/16 | M | | |
| 53. Celegene Corp - RiverPoint Capital Mgmt (Account #2) | | None | L | T | | | | | |
| 54. Pfizer Inc - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 55. Fortune Brands - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 56. Capital One Final Var 5.550% - RiverPoint Capital Mgmt (Acct 2) | C | Interest | L | T | | | | | |
| 57. Waste Management Inc - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 58. Medtronic PLC F - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 59. Bank of America Fix to Float P - RiverPoint Capital Mgmt (Acct #2) | D | Interest | L | T | | | | | |
| 60. iShares Russell 2000 ETF - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 61. iShares Msci Eafe ETF - RiverPoint Capital Mgmt (Account #2) | D | Dividend | N | T | Buy (add'l) | 03/17/16 | M | | |
| 62. Amerisource-Bergen Corp - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | Buy | 09/08/16 | L | | |
| 63. Bankunited Inc - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | Buy | 03/17/16 | L | | |
| 64. Bankunited Inc - RiverPoint Capital Mgmt (Account #2) | | None | | | Buy (add'l) | 08/01/16 | K | | |
| 65. Citizens Finl Group - RiverPoint Capital Mgmt (Account #2) | A | Dividend | M | T | Buy | 09/08/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. iShares Msci Emerging - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | Buy | 12/13/16 | M | | |
| 67. Marriott Intl Inc Class A - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | Buy | 08/01/16 | L | | |
| 68. Microchip Technology - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | Buy | 08/01/16 | L | | |
| 69. Toronto Dominion Bnk F - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | Buy | 06/28/16 | L | | |
| 70. PEPSICO INCORPORATED - WCC Schwab acct | B | Dividend | | | Sold | 11/21/16 | L | D | |
| 71. NOVARTIS - WCC Schwab acct | B | Dividend | | | Sold | 11/21/16 | K | D | |
| 72. JOHNSON & JOHNSON - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 73. PIMCO COMMODITY REAL RETURN STRAT FD - ML acct | A | Dividend | K | T | | | | | |
| 74. ACTAVIS PLC (Formerly ALLERGAN INC) - WCC Schwab acct | | None | | | Sold | 11/21/16 | K | | |
| 75. POTASH CORP SASK INC - RiverPoint Capital Mgmt (Account #2) | B | Dividend | | | Sold | 08/01/16 | K | | |
| 76. CASH MERRILL LYNCH ACCOUNT | A | Interest | N | T | | | | | |
| 77. APPLE INC - WCC Schwab acct | C | Dividend | L | T | Sold (part) | 11/21/16 | L | F | |
| 78. MARSH & MCLENNAN COMPANIES, INC. - RiverPoint Capital Mgmt (Acct #2) | B | Dividend | L | T | | | | | |
| 79. FORTIVE CORP (FORMERLY DANAHER CORP) - RP #2 | A | Dividend | L | T | Sold (part) | 08/01/16 | K | D | |
| 80. INVESCO LIMITED - RiverPoint Capital Mgmt (Account #2) | B | Dividend | | | Sold | 09/08/16 | L | | |
| 81. CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 82. NORFOLK SOUTHERN CORP. - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. JP MORGAN CHASE & CO - RiverPoint Capital Mgmt (Account #2) | B | Dividend | M | T | | | | | |
| 84. NATIONAL POWER CORP - ML acct | A | Interest | J | T | | | | | |
| 85. PROCTER & GAMBLE CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 86. VISA INC CL A - RiverPoint Capital Mgmt (Account #2) | A | Dividend | L | T | | | | | |
| 87. EMERSON ELECTRIC CO- RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 88. MICROSOFT CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Sold (part) | 02/01/16 | J | B | |
| 89. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 90. CASH WCC Schwab acct | A | Interest | M | T | | | | | |
| 91. COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES - RP#2 | D | Interest | M | T | | | | | |
| 92. ROYAL DUTCH SHELL - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy (add'l) | 09/08/16 | J | | |
| 93. UNION PACIFIC CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 94. WALT DISNEY CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 95. CVS CORPORATION - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 96. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - ML acct | B | Dividend | J | T | | | | | |
| 97. TORTOISE MLP & PIPELINE - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 12/13/16 | J | A | |
| 98. CHEVRON CORP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 99. HARTFORD CAP APPREC FD C - ML acct | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. CSX CORP - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | K | A | |
| 101. ALPHABET INC (FORMERLY GOOGLE INC) CL A - WCC Schwab acct | | None | K | T | Sold (part) | 11/21/16 | K | D | |
| 102. ANTHEM INC - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | J | | |
| 103. ALPHABET INC (FORMERLY GOOGLE INC) CL C - WCC Schwab acct | | None | | | Sold | 11/21/16 | K | E | |
| 104. UNITED PARCEL SERVICE - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 105. ALLIANZGI CONV AND INCOME FD II - ML acct | B | Dividend | J | T | | | | | |
| 106. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 107. XILINX INC - RiverPoint Capital Mgmt (Account #2) | C | Dividend | M | T | | | | | |
| 108. BLACKROCK GLOBAL ALLOCATION FUND INC C - ML acct | C | Dividend | N | T | | | | | |
| 109. ASHLAND INC NEW ASH - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | J | | |
| 110. GENERAL ELECTRIC COMPANY GE - WCC Schwab acct | B | Dividend | K | T | Sold (part) | 11/21/16 | J | A | |
| 111. ISHARES ET MSCI USA ESG SELECT KLD - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | K | B | |
| 112. UNDER ARMOR INC CLASS A UA - WCC Schwab acct | | None | | | Sold | 11/21/16 | K | D | |
| 113. SKYWORKS SOLUTIONS INC - WCC Schwab acct | A | Dividend | K | T | Sold (part) | 11/21/16 | J | A | |
| 114. TESLA MOTORS INC - WCC Schwab acct | | None | K | T | Sold (part) | 11/21/16 | J | | |
| 115. HARMAN INTL IND INC - WCC Schwab acct | A | Dividend | L | T | Buy | 04/19/16 | K | | |
| 116. MAINSOURCE FINL GRP - WCC Schwab acct | B | Dividend | L | T | Buy | 01/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. INDIAN RIVER CNTY FL SCH BOND - ML | A | Interest | K | T | | | | | |
| 118. DELTA AIR LINES - ML acct | A | Dividend | J | T | | | | | |
| 119. ALLIANCEBERNSTEIN NATION - ML | A | Dividend | J | T | | | | | |
| 120. BLACKROCK MUNI INC - ML | C | Dividend | K | T | | | | | |
| 121. DWS MUNICIPAL INCOME TR - ML | A | Dividend | J | T | | | | | |
| 122. INVESCO MUNICIPAL - ML | A | Dividend | J | T | | | | | |
| 123. INVESCO ADVANTAGE MUNICIP - ML | A | Dividend | J | T | | | | | |
| 124. INVESCO MUNICIPAL TRUST - ML | A | Dividend | J | T | | | | | |
| 125. NUVEEN DIV ADV MUNI - ML | C | Dividend | L | T | | | | | |
| 126. NUVEEN INS DIV ADV MINI FUND - ML | A | Dividend | J | T | | | | | |
| 127. BLACKROCK CORP HY FND IV - ML | B | Dividend | K | T | | | | | |
| 128. GENERAL MILLS - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 129. 3M CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 130. AMERISOURCE BERGEN CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 131. BOEING CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 03/31/16 | J | A | |
| 132. BORG WARNER INC - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 02/01/16 | J | | |
| 133. CAPITAL ONE FINANCIAL CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. FISERV INC - RiverPoint Capital Mgmt (Account #1) | | None | J | T | | | | | |
| 135. JP MORGAN CHASE & CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 136. KROGER CO - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 137. INVESCO LIMITED - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 06/28/16 | J | | |
| 138. LOWE'S COMPANIES INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 139. MERCK & CO INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 140. MORGAN STANLEY GROUP INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 141. SCHLUMBERGER LTD - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 06/17/16 | J | | |
| 142. SECTOR SPDR TECHNOLOGY SELECT SHARE - RiverPoint Capital Mgmt (Acc#1) | A | Dividend | K | T | | | | | |
| 143. STRYKER CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 144. TJX COMPANIES INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 145. UNITED TECHNOLOGIES CORP - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 146. UNITED HEALTH GROUP INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 147. VERIZON COMMUNICATIONS - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 148. VISA INC CLASS A - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 149. XILINX INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 09/08/16 | J | B | |
| 150. OAKMARK INTERNATIONAL FUND - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 11/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. FMC TECHNOLOGIES INC - RiverPoint Capital Mgmt (Account #1) | A | Interest | | | Sold | 06/29/16 | K | | |
| 152. CARNIVAL CORP - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 153. BANK OF AMERICA CORP - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 154. JB HUNT TRANSPORT SVCS - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 155. BP CAPITAL MARKETS PLC - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 156. GATX CORP - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 157. PARTNERRE 5.875% SERIES F PREFERRED STOCK - RP#1 | B | Dividend | K | T | | | | | |
| 158. SUN TRUST BANK 5.875% SERIES PREFERRED STOCK - RP#1 | B | Dividend | K | T | | | | | |
| 159. EATON VANCE FLOATING-RATE - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 03/15/16 | K | | |
| 160. SCHWAB U.S. LARGE-CAP ETF - RiverPoint Capital Mgmt (Account #1) | A | Dividend | | | Sold | 12/13/16 | K | C | |
| 161. WISDOM TREE EUROPE HEDGED - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 03/07/16 | K | | |
| 162. PEPSICO INC - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 163. EOG Resources Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 164. Bank of NY Mellon Co - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 165. United Parcel Srvc Class B - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 166. Pfizer Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | |
| 167. Bankunited Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. Medtronic PLC F - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 169. Celegene Corp- RiverPoint Capital Mgmt (Account #1) | | None | | | Sold | 02/01/16 | J | | |
| 170. Fortune Brands - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | | | | | |
| 171. Alphabet Inc. Class C - RiverPoint Capital Mgmt (Account #1) | | None | J | T | | | | | |
| 172. Boston Scientific - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | | | | | |
| 173. iShares Russell 2000 ETF - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | | | | | |
| 174. iShares Msci Eafe ETF - RiverPoint Capital Mgmt (Account #1) | B | Dividend | L | T | Buy (add'l) | 03/17/16 | J | | |
| 175. iShares Msci Eafe ETF - RiverPoint Capital Mgmt (Account #1) | | None | | | Buy (add'l) | 11/23/16 | K | | |
| 176. VERSUM MATERIALS (FORMERLY AIR PRODUCTS AND CHEMICALS) - RP#1 | A | Dividend | J | T | Buy | 05/09/16 | J | | |
| 177. BB&T Corporation - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 178. Cisco Systems Inc - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 179. Citizens Finl Group - RiverPoint Capital Mgmt (Account #1) | A | Dividend | K | T | Buy | 09/08/16 | J | | |
| 180. Flowserve Corp - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 181. Ishares Msci Emerging - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 182. JM Smucker Co 3.000% Due 03#15# - RiverPoint Capital Mgmt (Account #1) | A | Interest | K | T | Buy | 03/18/16 | K | | |
| 183. Johnson Controls International - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. Johnson Controls International - RiverPoint Capital Mgmt (Account #1) | | None | | | Sold (part) | 09/06/16 | J | A | |
| 185. Jp Morgan Chase Alerian ETN - RiverPoint Capital Mgmt (Account #1) | | None | K | T | Buy | 12/13/16 | K | | |
| 186. Texas Instruments - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 03/11/16 | J | | |
| 187. Toronto Dominion Bnk F - RiverPoint Capital Mgmt (Account #1) | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 188. MORGAN STANLEY GROUP - RiverPoint Capital Mgmt (Account #2) | B | Dividend | L | T | | | | | |
| 189. VERIZON COMMUNICATIONS - RiverPoint Capital Mgmt (Account #2) | C | Dividend | L | T | | | | | |
| 190. ALPHABET INC (FORMALLY GOOGLE INC) CL C - RP #2 | | None | M | T | | | | | |
| 191. 3D SYS CORP - WCC Schwab acct | | None | | | Sold | 11/21/16 | K | | |
| 192. NETFLIX.COM INC - WCC Schwab acct | | None | K | T | Buy (add'l) | 06/14/16 | K | | |
| 193. NETFLIX.COM INC - WCC Schwab acct | | None | | | Sold (part) | 11/21/16 | L | E | |
| 194. WHOLE FOODS MARKET INC - WCC Schwab acct | A | Dividend | | | Sold | 11/21/16 | K | | |
| 195. North Side Bank Checking Account - Cory Kumler LLC | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 10/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.4390%.

LINES 4, 5, 76, AND 90 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER SPOUSE (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER SPOUSE ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544